UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE STEPHANOS,<br><br>    Plaintiff,<br><br>    v.<br><br>PHARMACA INTEGRATED PHARMACY, INC,<br><br>    Defendant. | Case No. 15-cv-01983-TEH<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT AND VACATING HEARING** |

Based on the timely filing of an amended complaint, the pending motion to dismiss is terminated as moot, and the previously set hearing date is vacated.

**IT IS SO ORDERED.**

Dated: 07/28/15   _____
THELTON E. HENDERSON
United States District Judge