Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California  94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff
CHRISTINE STEPHANOS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE STEPHANOS,** | **Case No.: 3:15-cv-01983-TEH** |
| **Plaintiff,** | **JOINT REQUEST FOR DISMISSAL** |
| **vs.** | |
| **PHARMACA INTEGRATIVE PHARMACY, INC.,** | |
| **Defendant.** | |

Plaintiff CHRISTINE STEPHANOS and Defendant PHARMACA INTEGRATIVE

PHARMACY, INC. (hereafter the Parties) by and through their counsel of record, hereby request

that the Court dismiss the above-entitled matter, with prejudice.

//

//

- 1 -

**JOINT REQUEST FOR DISMISSAL**                                 **CASE NO. 3:15-cv-01983-TEH**

1

2

3

4   Respectfully Submitted,

5

6   Dated: November 4, 2015                          VENARDI ZURADA LLP

7

8                                                    /s/ Mark L. Venardi

9                                                    MARK L. VENARDI
                                                     MARTIN ZURADA
                                                     Attorneys for Plaintiff
10                                                   CHRISTINE STEPHANOS

11

12

13   Dated: November  5, 2015                        LITTLER MENDELSON

14

15

16                                                   /s/ Theodora R. Lee
                                                     THEODORA R. LEE
                                                     JOHN S. HONG
17                                                   LITTLER MENDELSON, P.C.
                                                     Attorneys for Defendant
18                                                   PHARMACA INTEGRATIVE PHARMACY,
                                                     INC.

19

20

21

22

23

24

25

26

27

28

<div style="margin-left:-4em; transform: rotate(90deg);">VENARDI ZURADA<br>700 Ygnacio Valley Road, Suite 300<br>Walnut Creek, CA 94596<br>Tel: (925) 937-3900<br>Fax: (925) 937-3905</div>



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
11/10/2015
IT IS SO ORDERED
Judge Thelton E. Henderson

- 2 -

**JOINT REQUEST FOR DISMISSAL**                    **CASE NO. 3:15-cv-01983-TEH**